UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THE WINFIELD COLLECTION, LTD.,

    Plaintiff,

Case No. 21-cv-12173
Hon. Matthew F. Leitman

v.

WARNER BROS. ENTERTAINMENT
INC., et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: November 22, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 22, 2021, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764